IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACCEPTANCE INSURANCE COMPANIES INC., | |
| Plaintiff, | |
| | No. 03-2794 |
| v. | (Judge Wheeler) |
| THE UNITED STATES, | |
| Defendant. | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE PAPER APPENDIX**

Defendant, the United States, pursuant to this Court's General Order 42A, ¶¶ 4 and7, respectfully requests that the Court grant leave for defendant to file in paper form rather than electronically the appendix that supports defendant's renewed motion to dismiss or, in the alternative, for summary judgment.

Our request is necessary for two reasons. First, the appendix contains excerpts from deposition transcripts that were designated as "Protected Information" for purposes of the protective order entered in this case. Second, the appendix is approximately 500 pages long. Filing and serving it in paper form (in a three-ring binder) will be more convenient for the Court and the parties.

For the foregoing reasons, we respectfully request that the Court grant leave for defendant to file in paper form rather than electronically the appendix that supports defendant's renewed motion to dismiss or, in the alternative, for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick by Donald E. Kinner

MARK A. MELNICK
Assistant Director

OF COUNSEL:

DONALD A. BRITTENHAM, JR.
Attorney
Community Development Division
Office of the General Counsel
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C. 20250

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

February 10, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 10th day of February, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE PAPER APPENDIX" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson