# In the United States Court of Federal Claims

No. 03-2794

(Filed: February 13, 2006)

```
**************************************** *
                                         *
ACCEPTANCE INSURANCE                     *
COMPANIES INC.,                          *
                                         *
                      Plaintiff,         *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                      Defendant.         *
                                         *
**************************************** *
```

ORDER

On February 10, 2006, Defendant filed with the Court a Motion For Leave To File A Paper Appendix in support of its Motion to Dismiss, or in the alternative, for Summary Judgment. Defendant having shown good cause for its request, the Motion is GRANTED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge