# In the United States Court of Federal Claims

**03-2794C**

**Filed: February 10, 2006**

**ACCEPTANCE INSURANCE COMPANIES INC.**

**v.**

**THE UNITED STATES**

**SEALED**

DEFENDANT'S APPENDIX IN SUPPORT OF ITS RENEWED MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.