IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACCEPTANCE INSURANCE COMPANIES INC., Plaintiff, | No. 03-2794 (Judge Wheeler) |
| v. | |
| THE UNITED STATES, Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR LEAVE TO CORRECT PAPER APPENDIX**

Defendant, the United States, respectfully requests that the Court grant us leave to make two corrections to the paper appendix that supports defendant's renewed motion to dismiss or, in the alternative, for summary judgment. The appendix was filed by leave of court on February 13, 2006. Plaintiff's counsel has stated that plaintiff does not oppose this request.

The first correction is necessary because we inadvertently photocopied only every other page of the document at Tab 22 of the appendix (pages 418-38). We have sent to the Clerk of the Court in paper form three hole-punched complete copies of the document, on which the previously omitted pages are numbered with a "-1" (418-1, 419-1 etc.). Each complete copy should be substituted in its entirety for the pages behind Tab 22 of the appendix.

Second, two pages from the deposition transcript of John Joyce were inadvertently omitted. We have sent to the Clerk of the Court in paper form three hole-punched copies of two pages to substitute for the single page that is numbered 153 and 154 (front and back). The first substitute page is numbered 153 and 153-1 (front and back), and the second substitute page is numbered 153-2 and 154 (front and back). We apologize for any inconvenience to the Court.

For the foregoing reasons, we respectfully request that the Court grant leave for defendant to make these two corrections to the paper appendix that supports defendant's renewed motion to dismiss or, in the alternative, for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick by Bryant G. Snee

MARK A. MELNICK
Assistant Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

DONALD A. BRITTENHAM, JR.
Attorney
Community Development Division
Office of the General Counsel
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C. 20250

February 14, 2006

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 14th day of February, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO CORRECT PAPER APPENDIX" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson