UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACCEPTANCE INSURANCE COMPANIES INC., Plaintiff, | |
| v. | No. 03-2794C<br>Judge Thomas C. Wheeler |
| UNITED STATES OF AMERICA Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Acceptance Insurance Companies Inc. by and through its undersigned counsel and pursuant to Rule 6 of the Rules of the United States Court of Federal Claims, files this unopposed Motion for Enlargement of Time seeking an enlargement of time from March 17, 2006 through and including March 24, 2006 to file its Response in Opposition to Defendant's Renewed Motion to Dismiss or in the Alternative for Summary Judgment (filed February 10, 2006) and to file Plaintiff's Cross Motion for Summary Judgment. In support of this Motion, Plaintiff states as follows:

The undersigned counsel has a family medical situation that will require him to be absent from his office from March 13 - 17, 2006. If necessary, details regarding the medical situation, which affects the undersigned's wife, can be provided to the Court. In light of this development, the undersigned requests that the Court grant an enlargement of time from March 17 to March 24, 2006 for Plaintiff to file its Opposition to Plaintiff's February 10th Motion and to file Plaintiff's Cross-Motion for Summary Judgment. No prior requests for enlargement have been requested by the Plaintiff in this matter.

The undersigned has consulted with Defendant's counsel John Williamson who consents to and does not oppose the requested enlargement of time.

Dated: March 3, 2006.

Respectfully submitted,

/s/Lewis S. Wiener

Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.383.0100
Counsel for Plaintiff Acceptance Insurance Companies Inc.

OF COUNSEL:

Patrick Griffin
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
402.346.6000

Rick Massumi
Carter L. Williams
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.383.0100