# In the United States Court of Federal Claims

No. 03-2794

(Filed: March 6, 2006)

```
****************************************  *
                                          *
ACCEPTANCE INSURANCE                      *
COMPANIES INC.,                           *
                                          *
                    Plaintiff,            *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
****************************************  *
```

SECOND REVISED SCHEDULING ORDER

On March 3, 2006, Plaintiff filed with the Court an Unopposed Motion for Enlargement of Time. Plaintiff's Motion is GRANTED, and the schedule in this case is modified as follows:

1. Plaintiff shall file its Response to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment (if any) on or before March 24, 2006;

2. Defendant shall file its Reply in Support of its Motion for Summary Judgment, and Response to Plaintiff's Cross-Motion for Summary Judgment on or before April 24, 2006;

3. Plaintiff shall file its Reply in Support of its Cross-Motion for Summary Judgment on or before May 8, 2006.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge