**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ACCEPTANCE INSURANCE COMPANIES INC., Plaintiff, | **CASE NO. 03-2794** |
| v. | Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, Defendant. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A PAPER APPENDIX**

Plaintiff, Acceptance Insurance Companies Inc. ("Acceptance"), pursuant to General Order 42A of the United States Court of Federal Claims, respectfully requests that the Court grant leave for Plaintiff to file in paper form rather than electronically the appendix that supports Plaintiff's Consolidated Motion for Summary Judgment and Response in Opposition to the United States' February 10, 2006 Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, For Summary Judgment.

Plaintiff's request is necessary because (1) the appendix is 515 pages long, and (2) it contains materials that have been designated as "Protected Information" for purposes of the protective order entered in this case. Filing and serving it in paper form will be more convenient for the Court and the parties.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff leave to file in paper form rather than electronically the appendix that supports Plaintiff's Consolidated Motion for Summary Judgment and Response in Opposition to the United States'

February 10, 2006 Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, For Summary Judgment.

Dated: March 24, 2006

Respectfully Submitted,

/s/ Lewis S. Wiener

Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.383.0140 - phone
202.637.3593 - fax
Counsel for Plaintiff Acceptance Insurance Companies Inc.

OF COUNSEL:

Ronald Massumi, Esq.
Carter L. Williams, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.383.0100

Patrick Griffin, Esq.
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
402.346.6000