IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACCEPTANCE INSURANCE COMPANIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2794<br>Judge Thomas C. Wheeler |

**AFFIDAVIT OF JOHN E. MARTIN**

I, John E. Martin, under penalty of perjury, state:

1. I am over 18 years of age and competent to testify to the facts stated herein, which are based on my personal knowledge.

2. I am the President and Chief Executive Officer of Acceptance Insurance Companies Inc. ("AICI") and was formerly the President of American Growers Insurance Company, a wholly owned subsidiary of AICI.

3. The following documents, which are included in either Plaintiff's or Defendant's Appendix of Documents, are true and correct copies of documents that were produced from AICI's files or those of its subsidiaries and were provided to counsel for the United States:

| | |
|---|---|
| Def. App. 283-87/Depo. Ex. 22 | Nov. 25, 2002 letter from John E. Martin to Ross Davidson |
| Def. App. 288/Depo. Ex. 23 | Nov. 22, 2002 letter from John Joyce to Ross Davidson |
| Def. App. 291-93/Depo. Ex. 26 | Nov. 26, 2002 letter from John Joyce to Ross Davidson |
| Def. App. 294-302/Depo. Ex. 29 | Nov. 18, 2002 letter of intent between Acceptance and Rain and Hail |
| Pl. App. 467-70/Depo. Ex. 35A | August 6, 2003 letter from Ross Davidson to Rep. Lee Terry |

| | |
|---|---|
| Pl. App. 426 - 466/Depo. Ex. 38 | Philo Smith & Co. AmAg Information Memo |
| Def. App. 439/Depo. Ex. 39 | Oct. 30, 2002 email from John E. Martin to Mike McCarthy |
| Pl. App. 472 | August 10, 2004 letter from John E. Martin to Lawrence Dyckman |

4. The following documents, which are also included in Plaintiff's or Defendant's Appendix of Documents, are copies of documents that were produced to AICI by the United States in response to AICI's Request for Production of Documents or produced by third parties:

| | |
|---|---|
| Def. App. 223-78/Depo. Ex. 14 | June 2004 GAO Report on American Growers |
| Def. App. 279-81/Depo. Ex. 15 | Nov. 22, 2002 RMA Analysis "Rain & Hail Deal" |
| Def. App. 282/Depo. Ex. 21 | Nov. 22, 2002 letter from Ross Davidson to John Martin |
| Def. App. 289-90/Depo. Ex. 25 | Nov. 25, 2002 letter from Ross Davidson to John Joyce |
| Pl. App. 418-19/Depo. Ex. 17 | RMA Briefing Material – American Growers Insurance Company |
| Pl. App. 420-25/Depo. Ex. 18 | Ross Davidson Notes of Actions Taken By RMA |
| Def. App. 303-04/Depo. Ex. 32 | Dec. 4, 2003 letter from Michael Davenport to Patrick Griffin (produced by Rain & Hail) |
| Def. App. 305-11/Depo. Ex. 33 | "Direct Transactional Documents" from Rain and Hail (produced by Rain & Hail) |
| Def. App. 373-74/Depo. Ex. 36 | June 5, 2001 Assumption Agreement for IGF policies |
| Def. App. 375-417/Depo. Ex. 37 | American Growers SRA for 2002 to 2003 |
| Pl. App. 471/Depo Ex. 57 | L. Tim Wagner's handwritten notes from conversation with Ross Davidson on November 22, 2002 (produced during his deposition in Lincoln, Nebraska on November 1, 2005). |

5. Also attached to Plaintiff's Appendix of Documents is:

a. Pl. App. 489-515, a true and correct copy of AICI's expert report on damages prepared by Grant Thornton LLP dated November 30, 2005.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2006

John E. Martin