IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACCEPTANCE INSURANCE COMPANIES INC., | ) | |
| Plaintiff, | ) | No. 03-2794 |
| v. | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>**

Defendant, the United States, respectfully requests an enlargement of time of seven days, to and including May 1, 2006, within which to file and serve defendant's combined brief in opposition to plaintiff's cross-motion for summary judgment and reply in support of defendant's renewed motion to dismiss for lack of subject matter jurisdiction or, in the alternative, for summary judgment, as well as an enlargement of seven days to file and serve defendant's responses to plaintiff's proposed findings of uncontroverted fact. Defendant's papers are currently due on April 24, 2006. This is our first request for an enlargement of time to file these papers. Plaintiff's counsel has stated that plaintiff does not oppose this request.

The requested enlargement is necessary because the trial attorney who has held responsibility for this case is leaving the Department of Justice. Defendant requires the additional time so that the new trial attorney who is being assigned to the case can finalize defendant's papers, and agency counsel and supervisory lawyers at the Department of Justice can review and comment on them. The additional time will permit defendant to prepare thorough papers that will be of greatest assistance to the Court in resolving the pending motions.

Before seeking plaintiff's consent to this request, defendant had already agreed not to

oppose plaintiff's request for an additional week to file its reply. Plaintiff's counsel has now informed defendant's counsel that if the Court grants defendant's request, plaintiff requests that it be allowed to file its reply brief on May 17, 2006 because of travel plans of plaintiff's counsel. Plaintiff's reply brief is currently due on May 8, 2006.

For the foregoing reasons, we respectfully request that the Court grant our unopposed request for an enlargement of time of seven days, to and including May 1, 2006, to file and serve defendant's combined brief in opposition to plaintiff's cross-motion for summary judgment and reply in support of defendant's renewed motion to dismiss for lack of subject matter jurisdiction or, in the alternative, for summary judgment, as well as an enlargement of seven days to file and serve defendant's responses to plaintiff's proposed findings of uncontroverted fact.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick

MARK A. MELNICK
Assistant Director

OF COUNSEL:

DONALD A. BRITTENHAM, JR.
Attorney
Community Development Division
Office of the General Counsel
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C. 20250

April 13, 2006

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 13th day of April, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson