IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACCEPTANCE INSURANCE COMPANIES INC., Plaintiff, | |
| v. | No. 03-2794 (Judge Wheeler) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of seven days, to and including May 8, 2006, within which to file and serve defendant's combined brief in opposition to plaintiff's cross-motion for summary judgment and reply in support of defendant's renewed motion to dismiss for lack of subject matter jurisdiction or, in the alternative, for summary judgment, as well as an enlargement of time of seven days to file and serve defendant's response to plaintiff's proposed findings of uncontroverted fact.

Defendant's papers are currently due on May 1, 2006. This is our second request for an enlargement of time for this purpose. The Court previously has granted defendant one enlargement of time of seven days to file these papers. Plaintiff's counsel has authorized us to state that plaintiff takes no position with respect to our request, but requests that if the Court grants our motion for enlargement of time, that plaintiff's deadline to file its reply brief be extended by an equal amount of time. Plaintiff's reply brief currently is due

to be filed May 17, 2006. Defendant does not oppose an additional enlargement of time of seven days for plaintiff to file its brief.

The requested enlargement is necessary because undersigned counsel only recently was assigned responsibility for litigation of this matter, with the departure from the Department of Justice of the previous counsel of record. While undersigned counsel has begun the process of finalizing our reply brief and response to plaintiff's proposed findings of fact, additional time is necessary so that the appropriate Department of Justice officials may have sufficient time to review and comment upon them. This additional time will permit defendant to prepare for filing pleadings that will be of greatest assistance to the Court in resolving the pending motions.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

DONALD A. BRITTENHAM, JR.
Attorney
Department of Agriculture

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

April 28, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 28, 2006 a copy of the foregoing "DEFENDANT’S MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson

DAVID B. STINSON