IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACCEPTANCE INSURANCE COMPANIES INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2794 |
| v. | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE PAPER VERSION OF DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNTERSTATEMENT OF PROPOSED FINDINGS OF UNCONTROVERTED FACT

Defendant, the United States, pursuant to this Court's General Order 42A, ¶ 7, respectfully requests that the Court grant leave for defendant to file in paper form rather than electronically, Defendant's Response To Plaintiff's Counterstatement Of Proposed Findings Of Uncontroverted Fact.

Our request is necessary because the document contains excerpts from deposition transcripts that were designated as "Protected Information" for purposes of the protective order entered in this case. Specifically, our response to plaintiff's proposed findings nos. 124 and 125 contain protected information. Paper copies of the original and two copies of Defendant's Response To Plaintiff's Counterstatement Of Proposed Findings of Uncontroverted Fact have been lodged with the Clerk of the Court for filing upon the granting of this motion.

For these reasons, we respectfully request that the Court grant us leave to file in paper form rather than electronically, Defendant's Response To Plaintiff's Counterstatement Of Proposed Findings of Uncontroverted Fact.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

DONALD A. BRITTENHAM, JR.
Attorney
Department of Agriculture

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

May 8, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 8, 2006 a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE PAPER VERSION OF DEFENDANT'S RESPONSE TO PLAINTIFF'S COUNTERSTATEMENT OF PROPOSED FINDINGS OF UNCONTROVERTED FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson

DAVID B. STINSON