# In the United States Court of Federal Claims

No. 03-2794

(Filed: May 9, 2006)

****************************************** *

ACCEPTANCE INSURANCE COMPANIES INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

****************************************** *

ORDER

On May 8, 2006, Defendant filed with the Court a Motion For Leave To File Paper Version Of Defendant's Response To Plaintiff's Counterstatement Of Proposed Findings Of Uncontroverted Fact. Defendant's Motion is GRANTED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge