# In the United States Court of Federal Claims

No. 03-2794C

(Filed: September 13, 2006)

| | |
|---|---|
| ****************************************** | * |
| | * |
| ACCEPTANCE INSURANCE COMPANIES INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

TRANSFER ORDER

Based upon the Court's July 31, 2006 Opinion and Order, the Clerk is directed to transfer this case to the United States District Court for the District of Nebraska, sitting in Omaha, Nebraska.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge