United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

September 22, 2006

Denise M. Lucks, Clerk
United States District Court for
the District of Nebraska
Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

***Re:*** ***Acceptance Insurance Companies, Inc. v. United States,***
***No. 03-2794 C***

Dear Ms. Lucks:

Pursuant to this Court's Order filed on September 13, 2006, the above captioned case has been transferred to your court. Enclosed, please find certified copies of the transfer order, docket sheet, and ECF documents as well as the original documents (filed before the case was designated electronic) that comprise the balance of the record. **Please note that several of these documents have been filed under seal.**

Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

Sincerely,

Debra L. Samler
Senior Case Manager

Enclosures

cc: Judge Thomas C. Wheeler
Lewis S. Wiener, Esquire
David B. Stinson, Esquire