IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACCEPTANCE INSURANCE COMPANIES INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2794 (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael N. O'Connell as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/ Michael N. O'Connell
MICHAEL N. O'CONNELL
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 353-1618
Fax: (202) 514-8624
E-mail: Michael.O'Connell@usdoj.gov

Dated: March 6, 2008

CERTIFICATE OF FILING

I hereby certify that on March 6, 2008 a copy of foregoing "NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell