# In the United States Court of Federal Claims

**NOTICE**

**ACCEPTANCE INSURANCE COMPANIES, INC.**

**No. 03-2794 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., March 31, 2008**

To Attorney of Record, Assistant Attorney General and Judge Wheeler:

Please take notice that in the above case, there has been filed this day, on behalf of the parties, the record as re-transferred from the United States District Court for the District of Nebraska, Case No. 8:06cv609, consisting of a certified copy of the transfer order; a certified copy of the docket sheet; and a copy of sealed documents No. 41 and 51 on the district court's docket.

John S. Buckley
ACTING CLERK OF COURT