CLOSED, PROTECTIVEORDER, TRIAL-OMAHA

**U.S. District Court**
**District of Nebraska (8 Omaha)**
**CIVIL DOCKET FOR CASE #: 8:06-cv-00609-LSC-FG3**
**Internal Use Only**

FILED
MAR 31 2008
U.S. COURT OF FEDERAL CLAIMS

Acceptance Insurance Companies Inc. v. United States of America
Assigned to: Judge Laurie Smith Camp
Referred to: Magistrate Judge F. A. Gossett
Case in other court: United States Court of Federal Claims, 1:03-cv-02794-TCW
Cause: 28:1491 Tucker Act

Date Filed: 09/26/2006
Date Terminated: 02/12/2008
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Acceptance Insurance Companies, Inc.**

represented by

**Carter L. Williams**
SUTHERLAND, ASBILL LAW FIRM-WASHINGTON
1275 Pennsylvania Avenue, NW
Washington, DC 20001
(202) 383-0447
Fax: (202) 637-3593
Email: carter.williams@sablaw.com
*ATTORNEY TO BE NOTICED*

**Lewis S. Wiener**
SUTHERLAND, ASBILL LAW FIRM-WASHINGTON
1275 Pennsylvania Avenue, NW
Washington, DC 20001
(202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com
*ATTORNEY TO BE NOTICED*

**Patrick B. Griffin**
KUTAK, ROCK LAW FIRM - OMAHA
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
Fax: (402) 346-1148
Email: patrick.griffin@kutakrock.com
*ATTORNEY TO BE NOTICED*

**Rawn M. James, Jr.**
SUTHERLAND, ASBILL LAW FIRM-WASHINGTON
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2404
(202) 383-0100
*TERMINATED: 10/12/2006*

**Ronald R. Massumi**
SUTHERLAND, ASBILL LAW FIRM-WASHINGTON
1275 Pennsylvania Avenue, NW
Washington, DC 20001
(202) 383-0177
Fax: (202) 637-3593
Email: rick.massumi@sablaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America** represented by

**David B. Stinson**
U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION
Classification Unit-Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530
(202) 307-0163
Fax: (202) 514-8624
*TERMINATED: 12/15/2006*

**Donald A. Brittenham, Jr.**
U.S. DEPARTMENT OF AGRICULTURE - WASHINGTON
Community Development Division
Office of the General Counsel
1400 Independence Ave., SW
Washington, DC 20250
(202) 690-2293
Fax: (202) 720-0432
Email: donald.brittenham@usda.gov
*TERMINATED: 03/10/2008*

**John H. Williamson**
U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION
Classification Unit-Commercial Litigation Branch

1100 L Street, NW
8th Floor
Washington, DC 20530
(202) 307-0277
Fax: (202) 307-0972
*TERMINATED: 09/27/2006*
*ATTORNEY TO BE NOTICED*

**Michael N. O'Connell**
U.S. DEPARTMENT OF JUSTICE
1100 L Street, N.W.
Room 12062
Washington, DC 20530
(202) 353-1618
Fax: (202) 514-8624
Email: Michael.O'connell@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2006 | | Remark - Public- this case was transferred from United States Court of Federal Claims on 9/13/06 and received by this court on 9/26/06. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 1 | COMPLAINT against United States of America. No Summons issued, with receipt number 059309, in the amount of $ 150 by Attorney Lewis S. Wiener on behalf of Acceptance Insurance Companies Inc.(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 2 | Case Assigned to Judge Robert H. Hodges. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 3 | ORDER: Plaintiff's allegations do not seem to fit the typical regulatory takings construct, as they are stated in this complaint. We will await defendant's Answer, due February 9; meanwhile we would be interested to see any cases that plaintiff has that discuss similar fact situations in a takings context as opposed to APA, for example. Ordered by Judge Robert H Hodges, Jr.. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 4 | NOTICE of Appearance by Attorney John H. Williamson on behalf of Defendant United States of America (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 5 | ORDER: The Defendant's answer is due February 9. We do not expect to extend this deadline. If the appropriate agency has not cooperated in providing a litigation report or other hindrances have arisen, counsel should address these matters promptly. The Answer or other pleadings should address the issues that we raised in the December 19 Order. Ordered by Judge Robert H. Hodges, Jr.. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 6 | MOTION to Dismiss for Lack of subject matter jurisdiction and Failure to state a claim upon which relief can be granted by Attorney John H. |

| | | |
|---|---|---|
| | | Williamson on behalf of Defendant United States of America(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 7 | OBJECTION to Motion to Dismiss 6 by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc.(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 8 | ORDER: Plaintiff has explained its takings theory and the defendant may file a reply or present it at the argument. We ask that counsel agree on a convenient time for the hearing, before or soon after the time for filing a reply, and advise the court. Ordered by Judge Robert H. Hodges, Jr.. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 9 | ORDER: We have scheduled an oral argument for April 15 at 10:00 a.m. to discuss the Motion to Dismiss. Ordered by Judge Robert H. Hodges, Jr.. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 10 | MOTION for Enlargement of Time by Attorney John H. Williamson on behalf of Defendant United States of America(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 11 | ORDER granting 10 the Defendant's Motion for enlargement to April 7. Ordered by Judge Robert H. Hodges, Jr..(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 12 | REPLY in support of its MOTION to Dismiss 6 by Attorney John H. Williamson on behalf of Defendant United States of America(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 13 | TRANSCRIPT of Oral Argument on Motion to Dismiss proceedings before Judge Robert H. Hodges, Jr. held on April 15, 2004. Court Reporter: Lynnette Hardy. Total Number of Pages: 56. To purchase a copy of this transcript, please contact Lynnette Hardy (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | | Minute Entry or proceedings held before Judge Robert H. Hodges Jr: Oral Argument held on April 15, 2004. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 14 | ORDER: 6 Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant Rule 12(b)(1), and 6 Defendant's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant Rule 12(b)(6) is DENIED. The parties will contact the court within ten days to propose a schedule for further proceedings. Signed by Judge Robert H. Hodges Jr. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 15 | UNOPPOSED MOTION for Extension of Time to File Answer re: 1 Complaint and Response to the Court's 8/13/2004 Order until 9/10/2004, by USA. Service: 8/24/2004. Response due by 9/10/2004. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 16 | ORDER granting 15 Defendant's Unopposed Motion for Extension of Time to Answer. Answer Due by 9/10/2004. The parties will file a Joint Preliminary Status Report on or before 10/29/2004. Signed by Judge Robert H. Hodges Jr. (MKR ) (Entered: 09/26/2006) |
| | | |

| | | |
|---|---|---|
| 09/26/2006 | 17 | ANSWER to Complaint by Attorney John H. Williamson on behalf of Defendant United States of America(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 18 | JOINT PRELIMINARY STATUS REPORT by Attorney Lewis S. Wiener, John H. Williamson on behalf of Plaintiff Acceptance Insurance Companies Inc., Defendant United States of America(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 19 | DISCOVERY SCHEDULING ORDER: Parties Discovery due by 9/15/2005. Signed by Judge Robert H. Hodges Jr. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 20 | MOTION for Leave to File First Amended Complaint by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 21 | ORDER granting 20 Motion for Leave to File Amended Complaint. Discovery will end by 10/15/2005. Signed by Judge Robert H. Hodges Jr. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 22 | AMENDED COMPLAINT against United States of America filed by ACCEPTANCE INSURANCE COMPANIES INC. Related document: 1 Complaint filed by ACCEPTANCE INSURANCE COMPANIES INC (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 23 | ANSWER to Amended Complaint by Attorney John H. Williamson on behalf of Defendant United States of America Amended Complaint 22 filed by Acceptance Insurance Companies Inc., (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 24 | MOTION for Extension of Time,until 11/7/2005, to Complete Discovery, filed by Attorney John H. Williamson on behalf of Defendant United States of America(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 25 | ORDER granting nunc pro tunc 24 Motion for Extension of Time to Complete Discovery. Discovery due by 11/7/2005. Status Conference set for 11/17/2005 at 10:00 AM before Sr. Judge Robert H. Hodges Jr. Signed by Judge Robert H. Hodges Jr. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 26 | SCHEDULING ORDER: Plaintiffs Expert Report due by 12/2/2005. Defendants Expert Report due by 1/10/2006. Depositions due by 1/18/2006. Dispositive Motions due by 1/24/2006. Cross Motions due by 3/3/2006. Response due by 4/3/2006. Reply due by 4/17/2006. Signed by Judge Robert H. Hodges Jr. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 27 | ORDER reassigning case to Judge Thomas C. Wheeler. Signed by Judge Robert H. Hodges Jr..(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 28 | NOTICE of Reassignment. Case reassigned to Judge Thomas C. Wheeler for all further proceedings. Judge Robert H. Hodges, Jr. no longer assigned to case. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 29 | TRANSCRIPT proceedings before Judge Robert H. Hodges held on November 17, 2005. (MKR ) (Entered: 09/26/2006) |

| | | |
|---|---|---|
| 09/26/2006 | 30 | SCHEDULING ORDER: Dispositive Motion(s) due by 2/3/2006. Cross Motions due by 3/10/2006. Response due by 4/10/2006. Reply due by 4/24/2006. Signed by Judge Thomas C. Wheeler(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 31 | MOTION for Protective Order by Attorney John H. Williamson on behalf of Defendant United States of America(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 32 | ORDER directing the Clerk to designate this case as an electronic (ECF) case. All future filings will be in electronic form. Signed by Judge Thomas C. Wheeler.(MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 33 | NOTICE of Designation of Electronic Case. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 34 | ORDER/PROTECTIVE ORDER granting 31 Motion for Protective Order. Signed by Judge Thomas C. Wheeler. (MKR ) (Entered: 09/26/2006) |
| 09/26/2006 | 35 | Unopposed MOTION for Extension of Time until February 10, 2006 to to file Renewed Motion To Dismiss Or, In The Alternative, For Summary Judgment, filed by Attorney John H. Williamson on behalf of Defendant United States of America(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 36 | ORDER granting in part and denying in part 35 Motion for Extension of Time. Signed by Judge Thomas C. Wheeler. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 37 | MOTION for Leave to File In Paper Form Defendant's Appendix In Support Of Renewed Motion To Dismiss Or, In The Alternative, For Summary Judgment, filed by by Attorney John H. Williamson on behalf of Defendant United States of America(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 38 | MOTION to Dismiss pursuant to Rule 12(b)(1) Or, In The Alternative, For Summary Judgment, filed by Attorney John H. Williamson on behalf of Defendant United States of America(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 39 | PROPOSED FINDINGS of Uncontroverted Fact in support of MOTION to Dismiss 38 by Attorney John H. Williamson on behalf of Defendant United States of America(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 40 | ORDER granting 37 Motion for Leave to File Defendants appendix in paper form. Signed by Judge Thomas C. Wheeler. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 41 | *SEALED* APPENDIX to 38 Motion to Dismiss - Rule 12(b)(1). ATTACHMENTS MAINTAINED IN CLERK'S OFFICE VAULT. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 42 | Unopposed MOTION For Leave To Correct Paper Appendix Filed In Support Of Defendant's Renewed Motion To Dismiss Or, In The Alternative, For Summary Judgment, filed by Attorney John H. Williamson on behalf of Defendant United States of America(MKR ) |

| | | |
|---|---|---|
| | | (Entered: 09/27/2006) |
| 09/26/2006 | | ORDER granting 42 Motion for Leave To Correct Paper Appendix. Signed by Judge Thomas C. Wheeler. (MKR) (Entered: 09/27/2006) |
| 09/26/2006 | 43 | First MOTION for Extension of Time to File Response to 38 MOTION to Dismiss pursuant to Rule 12(b)(1) Or, In The Alternative, For Summary Judgment, filed by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc.(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 44 | ORDER granting 43 Motion for Extension of Time to File Response to 38 Motion to Dismiss or, in the alternative, Motion for Summary Judgment. Signed by Judge Thomas C. Wheeler. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 45 | MOTION for Leave to File a Paper Appendix to Plaintiff's Consolidated Motion For Summary Judgment and Response in Opposition to the United States' February 10, 2006 Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, For Summary Judgment, filed by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc.(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 46 | MOTION for Summary Judgment and Response to Defendant's February 10, 2006 Motion for Summary Judgment, filed by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 47 | STATEMENT OF FACTS re: 46 Motion for Summary Judgment, filed by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc.(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 48 | RESPONSE regarding Brief 39 by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc.(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 49 | AFFIDAVIT re 46 MOTION for Summary Judgment and Response to Defendant's February 10, 2006 Motion for Summary Judgment of John E. Martin by ACCEPTANCE INSURANCE COMPANIES INC(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 50 | ORDER granting 45 Motion for Leave to File a Paper Appendix. Signed by Judge Thomas C. Wheeler. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 51 | *SEALED* APPENDIX to 46 Motion for Summary Judgment. ATTACHMENTS MAINTAINED IN CLERK'S OFFICE VAULT. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 52 | Unopposed MOTION for Extension of Time until May 1, 2006 to File Response or Reply as to 46 MOTION for Summary Judgment and Response to Defendant's February 10, 2006 Motion for Summary Judgment, filed by Attorney John H. Williamson on behalf of Defendant United States of America(MKR ) (Entered: 09/27/2006) |

| | | |
|---|---|---|
| 09/26/2006 | 53 | ORDER granting 52 Defendant's Motion for Extension of Time until May 1, 2006 to File a Reply in Support of its Motion to Dismiss/Motion for Summary Judgment, and Response to Plaintiff's Cross-Motion for Summary Judgment. Signed by Judge Thomas C. Wheeler(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 54 | NOTICE of Appearance by Attorney David B. Stinson on behalf of Defendant United States of America. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 55 | Second MOTION for Extension of Time until 05/08/06 to File Response or Reply as to 47 Statement of Facts, 46 MOTION for Summary Judgment and Response to Defendant's February 10, 2006 Motion for Summary Judgment, filed by Attorney David B. Stinson on behalf of Defendant United States of America(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 56 | ORDER granting 55 Motion for Extension of Time to file Reply in Support of its Renewed Motion to Dismiss, or, in the alternative, for Summary Judgment Signed by Judge Thomas C. Wheeler(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 57 | MOTION for Leave to File Defendant's Response To Plaintiff's Counterstatement of Proposed Findings Of Uncontroverted Fact Under Seal In Paper Format, filed by Attorney David B. Stinson on behalf of Defendant United States of America(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 58 | REPLY to Response to Motion re 46 MOTION for Summary Judgment and Response to Defendant's February 10, 2006 Motion for Summary Judgment, filed by Attorney David B. Stinson on behalf of Defendant United States of America(MKR) (Entered: 09/27/2006) |
| 09/26/2006 | 59 | ORDER granting 57 Motion for Leave to File in Paper Format. Signed by Judge Thomas C. Wheeler.(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 60 | *SEALED* RESPONSE to 39 PROPOSED FINDINGS of Uncontroverted Fact, filed by David Stinson on behalf of Defendant United States of America. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 61 | ORDER: Counsel are requested to appear for oral argument on June 26, 2006 at 10:00 AM. Signed by Judge Thomas C. Wheeler. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 62 | REPLY to Response to Motion re 46 MOTION for Summary Judgment and Response to Defendant's February 10, 2006 Motion for Summary Judgment, filed by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc.(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 63 | SUPPLEMENTAL Appendix in support of MOTION for Summary Judgment 46 by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc.(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 64 | ORDER regarding Oral Argument scheduled for June 26, 2006. Signed by Judge Thomas C. Wheeler.(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 65 | ORDER: Defendant shall file its bench memorandum on or before July |

| | | |
|---|---|---|
| | | 10, 2006. Signed by Judge Thomas C. Wheeler.(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 66 | ORDER: The Court attaches and incorporates into the record Plaintiff's bench memorandum submitted during oral argument on June 26, 2006. Signed by Judge Thomas C. Wheeler(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 67 | TRANSCRIPT of Proceedings (pages 1-94) held on June 26, 2006 before Judge Thomas C. Wheeler. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 68 | RESPONSE to Plaintiff's Reponse To Questions Propounded In The Court's Order of June 14, 2006, filed by by Attorney David B. Stinson on behalf of Defendant United States of America(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 69 | ORDER denying 38 Motion to Dismiss and 46 Motion for Summary Judgment. Signed by Judge Thomas C. Wheeler. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 70 | MOTION for Extension of Time until 08/31/2006 to Response to Court's July 31, 2006 Order, filed by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc.(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | | ORDER granting 70 Motion for Extension of Time. Signed by Judge Thomas C. Wheeler. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 71 | MOTION to Alter or Amend Judgment pursuant to Rule 59(e) to Certify Jurisdictional Issue for Appeal, filed by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc.(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 72 | RESPONSE to 71 MOTION to Alter or Amend Judgment pursuant to Rule 59(e) to Certify Jurisdictional Issue for Appeal, filed by Attorney David B. Stinson on behalf of Defendant United States of America (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 73 | REPLY to Response to Motion re 71 MOTION to Alter or Amend Judgment pursuant to Rule 59(e) to Certify Jurisdictional Issue for Appeal, filed by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc.(MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 74 | ORDER denying 71 Motion to Alter Judgment. Signed by Judge Thomas C. Wheeler. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 75 | ORDER TRANSFERRING CASE to the United States District Court for the District of Nebraska (Omaha). Signed by Judge Thomas C. Wheeler. (MKR ) (Entered: 09/27/2006) |
| 09/26/2006 | 76 | Transmittal Letter and docket sheet transferring case from the United States Court of Federal Claims, Case Number 1:03cv-2794-TCW(MKR ) (Entered: 09/27/2006) |
| 09/27/2006 | 77 | Letter by Clerk to attorneys of record regarding transfer of case to |

| | | |
|---|---|---|
| | | USDC-Nebraska. (MKR ) (Entered: 09/27/2006) |
| 09/27/2006 | 78 | ATTORNEY LETTER by Clerk that Attorney Donald A. Brittenham, Jr. has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR ) (Entered: 09/27/2006) |
| 09/27/2006 | 79 | ATTORNEY LETTER by Clerk that Attorney Rawn M. James, Jr has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR ) (Entered: 09/27/2006) |
| 09/27/2006 | 80 | ATTORNEY LETTER by Clerk that Attorney David B. Stinson has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR ) (Entered: 09/27/2006) |
| 09/27/2006 | 81 | ATTORNEY LETTER by Clerk that Attorney Lewis S. Wiener has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR ) (Entered: 09/27/2006) |
| 09/27/2006 | 82 | ATTORNEY LETTER by Clerk that Attorney John H. Williamson has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR ) (Entered: 09/27/2006) |
| 09/27/2006 | 83 | ATTORNEY LETTER by Clerk that Attorney Ronald Massumi has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR) (Entered: 09/27/2006) |
| 09/27/2006 | 84 | ATTORNEY LETTER by Clerk that Attorney Carter L. Williams has not registered for admittance to practice or registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR) (Entered: 09/27/2006) |
| 09/27/2006 | 85 | ATTORNEY LETTER by Clerk that Attorney Patrick B. Griffin has not paid the annual assessment. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (MKR ) (Entered: 09/27/2006) |
| 09/27/2006 | 86 | STRICKEN - ATTORNEY LETTER by Clerk that Attorney Patrick B. Griffin has not paid the annual assessment. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be |

| | | |
|---|---|---|
| | | referred to the assigned magistrate judge for the entry of a show cause order. (CJP) Modified on 9/27/2006 to strike per order 87 (CJP). (Entered: 09/27/2006) |
| 09/27/2006 | 87 | STRIKE ORDER that Pursuant to General Order Number 2006-01, the Attorney Letter, 86 is stricken for the following reason: the document is a duplicate of document number 85. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. Ordered by Deputy Clerk. (CJP) (Entered: 09/27/2006) |
| 09/27/2006 | | (Court only) *** Attorney John H. Williamson terminated per Federal Claims docket sheet, ***Attorney Deadlines terminated. (MKR ) (Entered: 10/02/2006) |
| 09/28/2006 | 88 | SCHEDULING PACKET Rule 26 Meeting Report Deadline set for 11/15/2006.Ordered by Magistrate Judge F. A. Gossett. (CLS, ) (Entered: 09/28/2006) |
| 09/28/2006 | | (Court only) ***Remark - Non-Public. Scheduling packet 88 was mailed to counsel from chambers on 9/28/2006. (CLS, ) (Entered: 09/28/2006) |
| 09/28/2006 | | (Court only) *** Attorney Deadlines terminated for Patrick B. Griffin, attorney letter sent in error. (MKR ) (Entered: 09/28/2006) |
| 10/10/2006 | | (Court only) ***Remark - Non-Public. Scheduling Packet addressed to Rawn M. James, Jr. was returned to chambers marked "Return to Sender Addressee Unknown." (CLS, ) (Entered: 10/10/2006) |
| 10/10/2006 | 89 | APPLICATION/ORDER admitting pro hac vice Attorney Carter L. Williams for Plaintiff Acceptance Insurance Companies Inc.. Ordered by Deputy Clerk. (MKR ) (Entered: 10/11/2006) |
| 10/10/2006 | 90 | APPLICATION/ORDER admitting pro hac vice Attorney Ronald Massumi for Plaintiff Acceptance Insurance Companies Inc.. Ordered by Deputy Clerk. (MKR) (Entered: 10/11/2006) |
| 10/10/2006 | 91 | APPLICATION/ORDER admitting pro hac vice Attorney Lewis S. Wiener for Plaintiff Acceptance Insurance Companies Inc.. Ordered by Deputy Clerk. (MKR ) (Entered: 10/11/2006) |
| 10/12/2006 | | (Court only) ***Attorney & Attorney Deadlines terminated. Rawn M. James, Jr. is no longer with the Sutherland, Asbill Law Firm. (CLS, ) (Entered: 10/12/2006) |
| 10/26/2006 | 92 | APPLICATION/ORDER admitting pro hac vice Attorney Michael N. O'Connell for Defendant United States of America. Ordered by Deputy Clerk. (MKR ) (Entered: 10/26/2006) |
| 10/30/2006 | 93 | MOTION to Remand *Transfer Case to United States Court of Federal Claims* by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies Inc.(Wiener, Lewis) (Entered: 10/30/2006) |
| 10/31/2006 | 94 | (Court only) ORAL MOTION/letter request - to extend the Rule 26(f) reporting deadline in light of Motion 93 . THIS IS A TEXT ONLY |

| | | |
|---|---|---|
| | | ENTRY FOR MJSTAR STATISTICAL PURPOSES (CLS, ) (Entered: 10/31/2006) |
| 10/31/2006 | 95 | ORDER granting 94 Motion/letter request to extend the Rule 26(f) reporting deadline. The November 15, 2006 deadline is hereby suspended pending the court's resolution of plaintiff's Motion to Transfer 93 . A new deadline will be set, if necessary, by further order. Ordered by Magistrate Judge F. A. Gossett. THIS IS A TEXT ONLY ENTRY. NO PDF DOCUMENT IS ATTACHED. (CLS, ) (Entered: 10/31/2006) |
| 10/31/2006 | | (Court only) ***Deadlines terminated. (CLS, ) (Entered: 10/31/2006) |
| 11/01/2006 | | (Court only) ***Motions No Longer Referred: MOTION to Remand *Transfer Case to United States Court of Federal Claims* 93 (CLS, ) (Entered: 11/01/2006) |
| 11/17/2006 | 96 | RESPONSE regarding MOTION to Remand *Transfer Case to United States Court of Federal Claims* 93 by Attorney Michael N. O'Connell on behalf of Defendant United States of America(O'Connell, Michael) (Entered: 11/17/2006) |
| 11/30/2006 | 97 | REPLY regarding MOTION to Remand *Transfer Case to United States Court of Federal Claims* 93 by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies, Inc.(Wiener, Lewis) (Entered: 11/30/2006) |
| 11/30/2006 | 98 | ORDER TO SHOW CAUSE that Attorney Donald A. Brittenham, Jr. and David B. Stinson shall register for admittance to practice and register for the System. Show Cause Deadline set for 12/15/2006.Ordered by Magistrate Judge F. A. Gossett. (CLS, ) (Entered: 11/30/2006) |
| 11/30/2006 | 99 | ORDER TO SHOW CAUSE that Attorneys Ronald Massumi and Carter L. Williams shall register for the System. Show Cause Deadline set for 12/15/2006.Ordered by Magistrate Judge F. A. Gossett. (CLS, ) (Entered: 11/30/2006) |
| 12/07/2006 | 100 | ORDER denying 93 Plaintiff's Motion to Transfer Case to the Court of Federal Claims. Ordered by Judge Laurie Smith Camp. (JB) (Entered: 12/07/2006) |
| 12/08/2006 | 101 | APPLICATION/ORDER admitting pro hac vice Attorney Donald A. Brittenham, Jr for Defendant United States of America. Ordered by Deputy Clerk. (ETC) (Entered: 12/08/2006) |
| 12/15/2006 | 102 | RESPONSE regarding Order to Show Cause - Attorney Deadline 98 by Attorney Michael N. O'Connell on behalf of Defendant United States of America(O'Connell, Michael) (Entered: 12/15/2006) |
| 12/15/2006 | 103 | TEXT ORDER regarding Order to Show Cause - Attorney Deadline 98 . The order to show cause has been satisfied. In accordance with Filing 102 , the court will terminate the appearance of David Stinson as counsel for the United States.Ordered by Magistrate Judge F. A. Gossett. (CLS, ) (Entered: 12/15/2006) |

| | | |
|---|---|---|
| 12/15/2006 | | (Court only) *** Attorney David B. Stinson terminated. (CLS, ) (Entered: 12/15/2006) |
| 12/28/2006 | 104 | NOTICE OF APPEAL regarding Order on Motion to Remand 100 by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies, Inc.. ( Filing fee $ 455, receipt number 899790) (Wiener, Lewis) (Entered: 12/28/2006) |
| 12/28/2006 | 105 | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by Clerk to USCA regarding Notice of Appeal to USCA 104 . Notice of Appeal filed on 12/28/06 by Plaintiff Acceptance Insurance Companies, Inc.. NOTIFICATION TO COUNSEL: FILE REQUEST FOR TRANSCRIPT WITH DISTRICT COURT CLERKS OFFICE. SUBMIT FORM A & B TO EIGHTH CIRCUIT CLERKS OFFICE. (MKR ) (Entered: 12/28/2006) |
| 12/28/2006 | | ***Appeal Receipt of Notice of Appeal and supporting documents transmitted to USCA on: Thu Dec 28 12:01:53 CST 2006 (MKR, ) (Entered: 12/28/2006) |
| 12/28/2006 | 106 | TEXT NOTICE OF DEFICIENCY by Deputy Clerk that the Notice of Appeal to USCA 104 has been filed and is considered deficient due to no certificate of service. The plaintiff shall correct the deficiency within 15 days of the date of this entry or the pleading may be stricken from the record of this case. See Administrative Procedure II.B.(MKR ) (Entered: 12/28/2006) |
| 12/28/2006 | 107 | Certificate regarding Notice of Appeal to USCA 104 *Certificate of Service* by Attorney Lewis S. Wiener on behalf of Plaintiff Acceptance Insurance Companies, Inc.(Wiener, Lewis) (Entered: 12/28/2006) |
| 12/28/2006 | | (Court only) ***Remark - Non-Public - Plaintiff's counsel contacted the clerk's office to confirm that file was going to the Federal Circuit and not the 8th Circuit Court of Appeals. Batch print was initially sent to the 8th Circuit, but hard copies have been mailed to the Federal Circuit per counsel's phone call. Batch print to 8th Circuit has been cancelled. (MKR ) (Entered: 12/28/2006) |
| 12/28/2006 | 108 | 2 CERTIFIED COPIES of Notice of Appeal, Notice of Appeal to USCA 104 and Docket Sheet to Clerk, USCA - 8th Circuit including certified copies of Memorandum and Order 100 , (MKR ) (Entered: 12/28/2006) |
| 12/28/2006 | 109 | REQUEST FOR TRANSCRIPT *Certification of No Transcript* (Wiener, Lewis) (Entered: 12/28/2006) |
| 01/12/2007 | 110 | Letter by USCA for the Federal Circuit (2007-1127) of docketing the Notice of Appeal 104 . (Attachments: # 1 Transmittal Letter)(JAE, ) (Entered: 01/12/2007) |
| 01/16/2007 | 111 | REQUEST FOR TRANSCRIPT -A transcript not needed for this appeal. (MKR ) (Entered: 01/18/2007) |
| 05/17/2007 | | (Court only) ***Deadlines terminated. (CLS, ) (Entered: 05/17/2007) |

| | | |
|---|---|---|
| 08/14/2007 | 112 | Transmittal Letter of sending the electronic copy of the court record to the USCA-Federal Circuit (2007-1127) at the request of the circuit, regarding Notice of Appeal to USCA 104 . (JAE, ) (Entered: 08/14/2007) |
| 10/09/2007 | 113 | COPY of Opinion of USCA - Federal Circuit (2007-1127) regarding Notice of Appeal to USCA 104 reversing the district court's denial of Acceptance's motion to retransfer the case to the Court of Federal Claims and remand the case to the district court. (Attachments: # 1)(CJP) (Entered: 10/10/2007) |
| 10/12/2007 | 114 | COPY of Corrected Notice from USCA - Federal Circuit (2007-1127). (CJP) (Entered: 10/15/2007) |
| 01/22/2008 | 115 | CERTIFIED copy of Opinion of USCA - Federal Circuit (2007-1127) regarding Notice of Appeal to USCA 104 reversing the district court's denial of Acceptance's motion to retransfer the case to the Court of Federal Claims and remand the case to the district court, with the instruction that the court transfer the suit back to the Court of Federal Claims for adjudication of Acceptance's takings claim. (Attachments: # 1 Corrected Notice)(CJP) (Entered: 01/23/2008) |
| 01/22/2008 | 116 | MANDATE/JUDGMENT from USCA - Federal Circuit (2007-1127) reversing and remanding the decision of the District Court regarding Notice of Appeal to USCA 104 (CJP) (Entered: 01/23/2008) |
| 02/12/2008 | 117 | TRANSFER ORDER that the Plaintiff's Motion to Re-transfer the Case to the Court of Federal Claims is granted; the case is hereby transferred back to the Court of Federal Claims; and the Clerk of the Court shall take all necessary steps to accomplish the transfer; Civil Case Terminated. Ordered by Judge Laurie Smith Camp. (CJP) (Entered: 02/12/2008) |
| 03/03/2008 | 118 | RECEIPT from USCA-Federal Circuit (2007-1127) of receiving the electronic copy of the court record (volumes CV1, CV2, CV3 and CV4) (CJP) (Entered: 03/04/2008) |
| 03/05/2008 | 119 | Mail Returned as Undeliverable addressed to donald.brittenham@usda.gov regarding Receipt (Other) 118 . Attorney no longer in this office. E-mail resent to kim.arrigo@usda.govn per request. A notice of substitution will be filed. (JAE, ) (Entered: 03/05/2008) |
| 03/10/2008 | 120 | MOTION to Withdraw as Attorney by Attorney Michael N. O'Connell on behalf of Defendant United States of America.(O'Connell, Michael) (Entered: 03/10/2008) |
| 03/10/2008 | 121 | TEXT ORDER granting 120 Motion to Withdraw as Attorney. The appearance of Donald A. Brittenham, Jr. is hereby terminated as requested. Ordered by Magistrate Judge F. A. Gossett. (CLS, ) Modified on 3/12/2008 to add the word "Text"(CS, ). (Entered: 03/10/2008) |
| 03/25/2008 | 122 | Transmittal Letter sending a certified copy of the docket sheet, certified copy of Transfer Order 117 and copies of Sealed Document 41 and Sealed Document 51 to the Court of Federal Claims, Washington, DC |

| | | |
|---|---|---|
| | | (CJP) (Entered: 03/25/2008) |