FILED
MAR 31 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACCEPTANCE INSURANCE COMPANIES, INC., Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | ) | CASE NO. 8:06CV609 TRANSFER ORDER |

For the reasons set forth in the opinion of the United States Court of Appeals for the Federal Circuit, including that the Court of Federal Claims has exclusive jurisdiction over takings claims against the United States in excess of $100,000, and in accordance with the Federal Circuit Court's mandate,

IT IS ORDERED:

1. The Plaintiff's Motion to Re-transfer the Case to the Court of Federal Claims is granted;
2. The case is hereby transferred back to the Court of Federal Claims; and
3. The Clerk of the Court shall take all necessary steps to accomplish the transfer.

DATED this 12th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 2-12-08
OFFICE OF THE CLERK
By: [signature]
Deputy Clerk