# In the United States Court of Federal Claims

No. 03-2794C

(Filed: April 1, 2008)

****************************************** *
*
ACCEPTANCE INSURANCE *
COMPANIES INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

On March 31, 2008, the record in this case was re-transferred to the Court from the United States District Court for the District of Nebraska, in accordance with the mandate of the U.S. Court of Appeals for the Federal Circuit. Accordingly, counsel for the parties shall file a joint status report by April 21, 2008, indicating how they wish to proceed in this case.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge