# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACCEPTANCE INSURANCE COMPANIES INC., Plaintiff, | ) | |
| v. | ) | **CASE NO. 03-2794** Judge Thomas C. Wheeler |
| THE UNITED STATES, Defendant. | ) | |

## <u>JOINT STATUS REPORT</u>

Plaintiff, Acceptance Insurance Companies Inc. ("Acceptance") and Defendant, the United States, by and through their respective undersigned counsel and pursuant to this Court's April 1, 2008 Order, submit the following joint status report:

1. On May 26, 2006, briefing was completed on the parties' Cross-Motions for Summary Judgment on liability issues, in which both parties stated there are no material issues of fact in dispute that preclude the entry of judgment in their favor, respectively, and the Cross-Motions were fully submitted to the Court for resolution.

2. The liability issues presented in the parties' Cross-Motions for Summary Judgment have not been resolved and remain pending. Except for arguments to be raised in defendant's motion discussed in paragraph 3 below, the filing of which Plaintiff opposes, there are no issues outstanding that preclude the Court from ruling on the pending Cross-Motions for Summary Judgment. The issues the Government raised in its February 10, 2006 Renewed Motion to Dismiss, specifically, that this Court lacks jurisdiction pursuant to 7 U.S.C. § 1506(d) and that Acceptance failed to exhaust administrative remedies pursuant to 7 U.S.C. § 6912(e), have been

fully resolved. Should the Court grant Acceptance's Motion for Summary Judgment on liability issues, trial will be limited to the issue of damages.

3. Defendant intends to file a supplemental motion to dismiss by April 30, 2008. Defendant expects that this motion will be limited in scope to two arguments and believes that it will aid the Court in resolving this matter. Defendant expects the motion to address 1) whether defendant can be held responsible for a taking of Acceptance's sale to a third party pursuant to the line of cases starting with Omnia Commercial Co., Inc., v. United States, 261 U.S. 502 (1923); and 2) whether the Federal Crop Insurance Corporation or the Risk Management Agency have the authority to approve or disapprove sales of assets from one insurer to another.

4. Plaintiff opposes the filing of the supplemental motion proposed in paragraph 3, above, absent leave of court and unless such motion is limited to updating and advising the court of cases materially impacting the issues presented in the pending Cross-Motions for Summary Judgment that have been decided since briefing on the Cross-Motions was completed.

5. The parties will participate in oral argument on the pending Cross-Motions and defendant's supplemental motion, if allowed by the Court, if such oral argument would be beneficial to the Court.

6. Acceptance intends to supplement its expert's damages report based on updated data received from the government following the transfer and return of this matter to the Court of Federal Claims. The parties propose that Acceptance submit this supplemental expert report by May 31, 2008. Because defendant does not know what this supplement will contain, it does not know if it will submit a rebuttal report or require expert discovery

7. The parties respectfully request the Court set a time certain for trial to address and resolve any material issue of fact that the Court may conclude remains in dispute following

consideration of the pending Cross-Motions for Summary Judgment and defendant's supplemental motion, if allowed.

Respectfully submitted,

s/Lewis S. Wiener
Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.383.0140 - phone
202.637.3593 – fax
Counsel for Plaintiff Acceptance Insurance Companies Inc.

DATED: April 21, 2008

OF COUNSEL:
Ronald Massumi
Brendan Ballard
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.383.0100

Patrick Griffin
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
402.346.6000

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., 8th Floor
Washington, DC 20530
Tel.: (202) 353-1618
Fax.: (202) 514-8624

Attorneys for Defendant

DATED: April 21, 2008