# In the United States Court of Federal Claims

No. 03-2794

(Filed: April 21, 2008)

```
************************************ *
                                     *
ACCEPTANCE INSURANCE                 *
COMPANIES INC.,                      *
                                     *
                      Plaintiff,     *
                                     *
 v.                                  *
                                     *
THE UNITED STATES,                   *
                                     *
                      Defendant.     *
                                     *
************************************ *
```

SCHEDULING ORDER

On April 21, 2008, counsel for the parties filed a joint status report in the above-captioned case. In paragraph three of this report, Defendant requested leave to file a supplemental motion to dismiss to address two specific arguments: (1) whether Defendant can be held responsible for a taking of Plaintiff's sale to a third party pursuant to cases such as Omnia Commercial Co, Inc. v. United States, 261 U.S. 502 (1923); and (2) whether the Federal Crop Insurance Corporation or the Risk Management Agency has the authority to approve or disapprove sales of assets from one insurer to another. Plaintiff opposes the filing of Defendant's supplemental motion. For good cause shown, Defendant's request for leave to file a supplemental motion is GRANTED. Accordingly:

1. Defendant shall file its supplemental motion to dismiss on or before April 30, 2008. Any response or reply relating to this motion shall be filed in accordance with Rule 7.2 of the Court.

2. With reference to paragraph six of the report, Plaintiff shall file its supplemental expert's damages report on or before May 31, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge