# In the United States Court of Federal Claims

No. 03-2794C

(Filed: April 23, 2008)

| | |
|---|---|
| ***************************************** | * |
| | * |
| ACCEPTANCE INSURANCE COMPANIES INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | * |

ORDER

As discussed with counsel for the parties, the Court will conduct a telephonic status conference on the record on April 28, 2008 at 2:30 PM to establish the schedule for future proceedings in this case. The parties should be prepared to address the need for oral argument on the pending motions for summary judgment, the briefing of Defendant's supplemental motion to dismiss, the preferred location and time for trial, and any other matters that the parties wish to bring to the Court's attention.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge