# In the United States Court of Federal Claims

No. 03-2794

(Filed: April 28, 2008)

| | |
|---|---|
| ******************************** | * |
| | * |
| ACCEPTANCE INSURANCE COMPANIES INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ******************************** | * |

SCHEDULING ORDER

On April 28, 2008, the Court held a telephonic status conference with counsel for the parties to establish the schedule for future proceedings in this case. The Court has reserved five days for trial, from December 8 through December 12, 2008, tentatively to be held in Washington, D.C. Plaintiff shall file a notice of proposed location on or before May 2, 2008, if it prefers a location other than Washington, D.C.

In addition, the Court established a briefing schedule for Defendant's supplemental motion to dismiss, to address two specific arguments: (1) whether Defendant can be held responsible for a taking of Plaintiff's sale to a third party pursuant to cases such as Omnia Commercial Co, Inc. v. United States, 261 U.S. 502 (1923); and (2) whether the Federal Crop Insurance Corporation or the Risk Management Agency has the authority to approve or disapprove sales of assets from one insurer to another. Accordingly:

1. Defendant shall file its supplemental motion to dismiss on or before April 30, 2008.

2. Due to the extenuating circumstances of Plaintiff's counsel during May 2008, Plaintiff shall file its response on or before June 20, 2008. Plaintiff agreed to file its response earlier than the due date if possible.

3. Defendant shall file its reply within 14 days after receiving Plaintiff's response, in accordance with Rule 7.2 of the Court.

The Court will hold oral argument on the parties' cross-motions for summary judgment and Defendant's motion to dismiss on July 17, 2008 at 9:30 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge