# In the United States Court of Federal Claims

No. 03-2794

(Filed: July 7, 2008)

```
********************************* *
                                  *
ACCEPTANCE INSURANCE              *
COMPANIES INC.,                   *
                                  *
                   Plaintiff,     *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                   Defendant.     *
                                  *
********************************* *
```

ORDER

As suggested by counsel for the parties, the July 17, 2008 oral argument in this case will address only Defendant's motion to dismiss. If necessary, oral argument on the parties' cross-motions for summary judgment will be scheduled for a future date.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge