# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACCEPTANCE INSURANCE COMPANIES INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO. 03-2794**<br>Judge Thomas C. Wheeler |

## PLAINTIFF'S UNOPPOSED MOTION TO RESET TRIAL DATE

Plaintiff, Acceptance Insurance Companies Inc. ("Acceptance"), by and through its undersigned counsel and with the consent of the United States, requests that this Court reset the trial date in this matter to begin the week of January 12, 2009 or such other date mutually convenient to the Court and the parties, rather than the week of December 8, 2008 as set forth in the Court's April 28, 2008 scheduling order. In support hereof, Acceptance states as follows:

At the time the parties agreed to commence trial on December 8, 2008, the undersigned was unaware that co-counsel for Acceptance is committed to be outside the continental United States from December 8 through December 12, 2008. Co-counsel from Kutak Rock has continuously represented Acceptance since 2001. His familiarity with the facts underlying this dispute as well as his knowledge of Acceptance's operations and participation in the development of Acceptance's legal strategy is critical to the prosecution of this lawsuit. Absent co-counsel's participation, Acceptance's prosecution of this case will be impaired.

Upon recognizing the conflict, the undersigned contacted counsel for the United States. After discussing the matter with their respective clients and witnesses, the parties and their respective witnesses have confirmed they are available to begin trial on January 12, 2009.

Therefore, subject to the Court's availability the week of January 12, 2009, Plaintiff, with the consent of counsel for the United States who has authorized the undersigned to represent that the United States does not oppose the resetting of the trial date, respectfully requests that the trial date in this matter be reset from December 8-12, 2008 to January 12-16, 2009.

Dated: July 7, 2008

Respectfully submitted,

/s/ Lewis S. Wiener

Lewis S. Wiener, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.383.0140 - phone
202.637.3593 - fax
Counsel for Plaintiff Acceptance Insurance Companies Inc.

OF COUNSEL:
Ronald Massumi
G. Brendan Ballard
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.383.0100

Patrick Griffin
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
402.346.6000