# In the United States Court of Federal Claims

No. 03-2794

(Filed: July 8, 2008)

```
******************************** *
                                 *
ACCEPTANCE INSURANCE             *
COMPANIES INC.,                  *
                                 *
                   Plaintiff,    *
                                 *
 v.                              *
                                 *
THE UNITED STATES,               *
                                 *
                   Defendant.    *
                                 *
******************************** *
```

SCHEDULING ORDER

On July 7, 2008, counsel for Plaintiff filed with the Court an unopposed motion to reset the trial date in this case, to begin the week of January 12, 2009 rather than the week of December 8, 2008, as set forth in the Court's April 28, 2008 scheduling order. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, the Court has reserved five days for trial, from January 12 through January 16, 2009, to be held in Washington, D.C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge